IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| INTERNATIONAL ASSOCIATION<br>OF MACHINISTS AND AEROSPACE<br>WORKERS, DISTRICT LODGE # 24,<br>LOCAL 105,<br><br>       Plaintiff<br><br>  v.<br><br>FREIGHTLINER, LLC/DAIMLER<br>TRUCKS NORTH AMERICA LLC,<br><br>       Defendant. | CV 08-CV-1327-AC<br><br>JUDGMENT |

Based on the record and the Order filed herewith, this action is DISMISSED.

IT IS SO ORDERED.

DATED this __17__ day of September, 2009.

                                          /s/  Malcolm F. Marsh
                                        Malcolm F. Marsh
                                        United States District Judge